*Mr. Earl Appleman* for respondent in No. 53. *Mr. Frank C. Mason* for respondent in No. 54. Reported below: 87 F. (2d) 694.

No. 56. REEKE-NASH MOTORS CO. *v.* SWAN CARBURETOR CO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Charles Neave, J. L. Stackpole,* and *Merrell E. Clark* for petitioner. *Mr. F. O. Richey* for respondent.

No. 350. GENERAL MOTORS CORP. *v.* SWAN CARBURETOR CO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John M. Zane* and *Drury W. Cooper* for petitioner. *Messrs. W. H. Boyd* and *F. O. Richey* for respondent.

No. 58. STAR STATIONERY CO. *v.* ROGERS, RECEIVER. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Milton E. Mermelstein* for petitioner. No appearance for respondent.

No. 64. HIGHLANDS EVANSTON-LINCOLNWOOD SUBDIVISION ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Franz W. Castle, Emmett J. McCarthy, Howard R. Brintlinger,* and *Robert F. Carey* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.